**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| LAURA E. HAWKINS, individually and on behalf of others similarly situated, MANUEL MOTTA, CHARLOTTE HART (fka "Charlotte Goolsby"), ROBERT SLUMAN, JR., KELLY D. ISHAM, TROY LEE COLVIN, BRYANT STEPP, and CARL MORRISON II,<br><br>        Plaintiffs<br><br>vs.<br><br>ONSITE OCCUPATIONAL HEALTH AND SAFETY INC.,<br><br>        Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) **CLASS ACTION COMPLAINT**<br>)<br>) **COLLECTIVE ACTION**<br>) **COMPLAINT PURSUANT TO**<br>) **29 USC § 216(b)**<br>)<br>) CASE NO. 3:14-cv-91-RLY-WGH<br>)<br>)<br>)<br>)<br>) |

*ORDER GRANTING MOTION TO APPROVE CLASS COUNSEL'S ATTORNEY'S FEES, EXPENSES AND COSTS, AND APPROVAL OF CLASS REPRESENTATIVE'S COMPENSATION PURSUANT TO TERMS OF SETTLEMENT AGREEMENT*

Comes now the plaintiff class, by Plaintiff Class Counsel, Robert P. Kondras, Jr., and moves the Court for an order approving payment of Plaintiffs' Class Counsel's attorneys' fees, costs and expenses, and payment of the Class Representatives' compensation, as contemplated by the parties' Settlement Agreement, and this matter having come on for hearing on June 1, 2016, as part of the Court's consideration of an order of final approval of the settlement agreement, the Court now GRANTS the same.

IT IS THEREFORE ORDERED that, as part of the Settlement Agreement entered herein, and now APPROVED by the Court, the Court ORDERS the following payments from the gross settlement funds:

1. **Payment of Attorney's Fees**. Attorney's fees paid to Plaintiffs' Class Counsel shall be One Hundred Thousand Dollars ($100,000.00).

2. **Payment of Case Costs**. The sum of Five Thousand Seven Hundred Eighteen Dollars and Seventeen Cents ($5,718.17) shall be paid to Plaintiffs' Class Counsel to reimburse litigation expenses, costs and pay costs associated with notice of the Class Action Settlement and distribution of settlement funds.

3. **Class Representative Case Contribution Compensation**. The Named Plaintiffs who actively worked on this class action lawsuit shall be compensated as follows:

    A. **Original Plaintiff Laura Hawkins** shall be paid Fifteen Thousand Dollars ($15,000.00).

    B. **Remaining Seven Named Plaintiffs**. Each of the remaining seven Named Plaintiffs, Manuel Motta, Charlotte Hart, Robert Sluman, Jr., Kelly D. Isham, Troy Lee Colvin, Bryan Stepp, and Carl Morrison, II, shall be paid case contribution compensation of One Thousand Five Hundred Dollars ($1,500.00) each, for a total of Ten Thousand Five Hundred Dollars ($10,500.00).

ALL OF WHICH IS ORDERED this 2nd day of June, 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Robert P. Kondras, Jr.
Robert F. Hunt
Hunt Hassler Kondras & Miller LLP
kondras@huntlawfirm.net
hunt@huntlawfirm.net

Crystal S. Wildeman
Christopher D. Lee
Wooden & McLaughlin, LLP
cwildeman@woodmclaw.com
clee@woodmclaw.com